# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EMMANUEL BOYD, | |
| Plaintiff, | **4:17CV3103** |
| vs. | **ORDER** |
| HL MOTOR GROUP, INC., and VALENTIN GEORGIEVSKI, | |
| Defendants. | |

This matter is before the Court after its review of the Parties' Joint Statement Regarding Mediation ([Filing No. 18](#)). The parties request a stay of the case to pursue good faith settlement negotiations. Accordingly,

**IT IS ORDERED:**

1. Any pending discovery and case progression deadlines are stayed at this time.

2. In the event the parties do not reach a settlement prior to February 5, 2018, the undersigned magistrate judge will hold the planning conference previously scheduled on that date, commencing at 10:00 a.m., and the parties shall be prepared at that time for full case progression, including the setting of a trial date.

Dated this 9th day of January, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge