IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EMMANUEL BOYD, | ) |
| Plaintiff, | ) 4:17CV3103 |
| v. | ) |
| | ) **ORDER** |
| HL MOTOR GROUP, INC., and VALENTIN GEORGIEVSKI, | ) |
| Defendants. | ) |

In this case one or more motions in limine have been filed. (Filing No. 40.) It appears that the court should defer consideration of such motion(s) until at or about the time of trial, unless some reason is shown why earlier consideration is warranted. Accordingly,

IT IS ORDERED that the motion in limine (Filing No. 40) shall be held in abeyance and not considered until the first day of trial during the pretrial conference, which will be held in chambers immediately prior to trial, unless a party shows cause within 30 days of this Memorandum and Order why such deferral would be inappropriate.

DATED this 4th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge